JOHN HARRIS PAER    #1551-0
Attorney at Law
41 B Kepola Place
Honolulu, Hawaii   96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-7179
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON D. SLATER, | CIVIL NO. CV12 00290 RLP |
| Plaintiff, | COMPLAINT; EXHIBITS "A-F"; SUMMONS |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, L.L.C., | |
| Defendant. | |

COMPLAINT

COMES NOW Plaintiff, by and through his undersigned attorney and alleges as follows:

INTRODUCTION

1.  This Complaint is filed and these proceedings are instituted under the "Fair Debt Collection Practices Act "15 U.S.C. Section 1692, et seq., to recover actual and statutory damages, reasonable attorney's fees and costs of suit by reason of the Defendant's violations of that Act.  Plaintiff seeks actual and statutory damages arising out of Defendant's misrepresentations and failure to make required disclosures in the collection of an alleged debt.

## JURISDICTION

2. The jurisdiction of this Court is invoked pursuant to 15 U.S.C.A. Section 1692k(d) and 28 U.S.C.A. Section 1337. The supplemental jurisdiction of this Court is invoked over Count II of the Complaint, which arises under Chapters 443B and 480 of the Hawaii Revised Statutes.

## PARTIES

3. Plaintiff is a natural person and is a resident and citizen of the State of Hawaii.

4. Defendant Portfolio Recovery Associates, LLC, (hereinafter "PRA") is a corporation doing business in the State of Hawaii as a collection agency and debt collector, and is subject to the jurisdiction of this Court.

## FACTS

5. Within the year prior to the filing of this action, Defendant has been attempting on behalf of a third party to collect an alleged debt from Plaintiff.

6. On or about April 13, 2012, PRA sent Plaintiff an email demanding payment of an alleged debt. A true copy of that eamil is attached hereto as Exhibit "A".

7. On April 13, 2012, in response to the above email, Plaintiff called Defendant and spoke with Andrew Klein, explaining that he had paid the $60.00 on or about March 1, 2012.

8. Also on that date, in further response, Plaintiff disputed that debt via email, stating that the debt had been paid, and attached proof of that payment. A true copy of that email is attached hereto as Exhibit "B" including attachments of the PayPal statement and bank statement, Exhibits "B-1 and B-2", respectively.

9. On or about April 26, 2012, PRA sent a letter to Plaintiff regarding the same debt demanding payment and threatening legal action. A true copy of that letter is attached hereto as Exhibit "C".

10. On or about May 3, 2012, Plaintiff sent a letter to PRA. A true copy of that letter is attached hereto as Exhibit "D".

11. On or about May 3, 2012, Plaintiff sent a letter to the Hawaii State Attorney General. A true copy of that letter is attached hereto as Exhibit "E".

12. On or about May 9, 2012, Defendant sent another letter to Plaintiff demanding payment and again threatening legal action. A true copy of that letter is attached hereto as Exhibit "F".

13. The underlying debt was incurred primarily for personal, family, or household purposes.

14. Plaintiff does not owe Defendant anything nor has any obligation under the alleged debt.

## COUNT I

15. Plaintiff realleges and incorporates paragraphs 1 through 14 of this Complaint.

16. Defendant has violated the Fair Debt Collection Practices Act in the following ways:

   (a) Defendant has used false, deceptive and misleading misrepresentations in connection with the collection of the above claim in violation of 15 U.S.C. §1692e.

   (b) Defendant has used unfair means to collect and to attempt to collect the above claim in violation of 15 U.S.C. §1692f.

   (c) Defendant has not sent to Plaintiff the proper notices and/or verifications required by the Act in violation of 15 U.S.C. §1692g.

## COUNT II

17. Plaintiff realleges and incorporates paragraphs 1 through 16 of this Complaint.

18. Defendant has violated Chapters 443B and 480 of the Hawaii Revised Statutes as alleged above.

19. Defendant's violations of HRS Chapter 443B and of the Fair Debt Collection Practices Act constitute unfair and deceptive acts or practices in violation of H.R.S. Chapter 480.

20. Defendant's contacts, demands and disclosures in connection with the above-described collection were immoral, unethical, oppressive, unscrupulous, and substantially injurious to

Plaintiff as a consumer, and were unfair and deceptive, in violation of H.R.S. Chapter 480. The acts and representations of Defendant described herein had the capacity of deceive Plaintiff.

21. Plaintiff has suffered injury to his property in an amount to be proved at trial, by reason of Defendant's violations.

WHEREFORE, Plaintiff prays that the Court:

AS TO COUNT I

1. Award Plaintiff his actual damages as will be proved.

2. Award Plaintiff statutory damages in the amount of $1000.00.

3. Award exemplary damages.

AS TO COUNT II

4. Award Plaintiff damages in the amount of three times the injury to his property, but not less than $1000.00.

AS TO ALL COUNTS

5. Award Plaintiff reasonable attorneys' fees and costs.

6. Award Plaintiff such other and further relief as the Court deems appropriate.

DATED: Honolulu, Hawaii, May 22, 2012.

JOHN HARRIS PAER
Attorney for Plaintiff