IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JON D. SLATER, | CV 12-00290 HG-RLP |
| Plaintiff, | |
| vs. | |
| PRA RECOVERY aka PRA Recovery, Inc. and Andrew Klein, | |
| Defendants. | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (DOC. 14)

Findings and Recommendation having been filed and served on all parties on September 21, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation that Plaintiff's Motion for Default Judgment Be Granted" (Doc. 14) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge