AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JON D. SLATER | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | Case: CV 12-00290 HG-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| PRA RECOVERY aka PRA RECOVERY, INC. AND ANDREW KLEIN | October 30, 2012 |
| | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  pursuant to the "Order Adopting Magistrate Judge's Findings and Recommendation" filed on October 22, 2012 and the "Finding and Recommendation that Plaintiff's Motion for Default Judgment Be Granted" filed on September 21, 2012 that Default Judgment is entered in favor of Plaintiff and against Defendants.  Plaintiffs are awarded a total  of $8308.24 in damages,  which includes $1,500.00 in statutory damages, $355.00 in actual damages, $6,094.24 in attorney's fees, and $359.00 in costs.

| | |
|---|---|
| October 30, 2012 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ES |
| | (By) Deputy Clerk |